UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT DODGE,

                Plaintiff,

v.                                                    Case No. 5:11-cv-373-Oc-10TBS

MORGAN STANLEY SMITH BARNEY, LLC, a
Foreign Limited Liability Company,

                Defendant.
_____/

ORDER

Pending before the Court is Defendant's Motion to Strike Plaintiff's "Response to Defendant's Answer and Affirmative Defenses" (Doc. No. 12). The Plaintiff has not filed a response to the motion within the 14 days provided in Local Rule 3.01(b) which leads the Court to the conclusion that the motion is unopposed.

The only pleadings allowed are: (1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim; (4) an answer to a cross-claim; (5) a third-party complaint; (6) an answer to a third party complaint; and (7) "if the court orders one, a reply to an answer." Federal Rule of Civil Procedure 7(a). The plaintiff filed his Plaintiff's Response to Defendant's Answer and Affirmative Defenses to Plaintiff's Amended Complaint (Doc. 11). This "response" is in reality, a reply that was filed without leave of Court. Therefore, the Defendant's Motion to Strike Plaintiff's "Response to Defendant's Answer and Affirmative Defenses (Doc. No. 12) is GRANTED and the Plaintiff's Response to Defendant's Answer and Affirmative Defenses to Plaintiff's Amended Complaint (Doc. 11) is hereby STRICKEN.

Local Rule 3.01(g) imposed a duty on defendant's counsel to confer with plaintiff's counsel "in a good faith effort to resolve the issues raised by the motion, and file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion." Counsel for the defendant did not comply with this Rule, if she had, then perhaps the instant motion and this order would have been unnecessary. In the future, all counsel should follow all of the Court's rules including Local Rule 3.01(g).

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on October 6, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to: All Counsel of Record